United States District Court
Southern District of Texas

**ENTERED**

April 07, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES GILMARTIN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WELLS FARGO BANK, NATIONAL** | § | **Civil Action No. 4:17-cv-00109** |
| **ASSOCIATION AS TRUSTEE FOR** | § | |
| **SOUNDVIEW HOME LOAN TRUST** | § | |
| **2007-OPT5, ASSET-BACKED** | § | |
| **CERTIFICATES, SERIES 2007-OPT5** | § | |
| **AND OCWEN LOAN SERVICING,** | § | |
| **L.L.C.,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER OF DISMISSAL

After considering the Joint Stipulation of Dismissal of James Gilmartin and Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series 2007-OPT5 ("Wells") and Ocwen Loan Servicing, L.L.C. ("Ocwen") (collectively "Defendants"), the Court will grant the relief requested. It is therefore

ORDERED that all claims brought in this matter by James Gilmartin are dismissed without prejudice and that each party shall bear its own costs and attorney's fees. It is further

ORDERED that this case is hereby closed.

Signed this day, _____April 7_____, 2017.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE